Form B23 (Official Form 23) - (12/08)                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Renee Darlene Williams    Debtor(s). | CHAPTER: 7<br>CASE NO.: 09-41726-ER |

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

FILED
JAN 07 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒  I, __Renee Darlene Williams__, the debtor in the above-styled case, hereby certify that on
        (Printed Name of Debtor)

__1/5/10__, I completed an instructional course in personal financial management provided by
   (Date)

__Pacific Rim Institute for Dev. of Education__, an approved personal financial management provider.
         (Name of Provider)

Certificate No. *(if any)*: __05821-CAC-DE-009500593__

☐  I, _____, the debtor in the above-styled case, hereby certify that no
        (Printed Name of Debtor)

personal financial management course is required because of *[Check the appropriate box.]*:

   ☐  Incapacity or disability, as defined in 11 U.S.C. § 109(h);
   ☐  Active military duty in a military combat zone; or
   ☐  Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: __1/6/10__                        Signature of Debtor: __Renee D. Williams__

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 05821-CAC-DE-009500593

Bankruptcy Case Number: 09-41726

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 5, 2010, at 12:15 o'clock AM PST,

Renee D Williams completed a course on personal financial

management given by internet by

Pacific Rim Institute for Development & Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.


Date: January 5, 2010      By      /s/Payam Afsharian

                            Name    Payam Afsharian

                            Title   Director